Henry WHITLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 57412.

Missouri Court of Appeals,
Eastern District,
Division One.

June 26, 1990.

Mary Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Appellant, Henry Whitley, appeals the motion court's denial of his Rule 29.15 motion without an evidentiary hearing. We have reviewed appellant's allegations of error, the entire record upon which they are based, and the findings and conclusions of the motion court. We do not find the court's action to be clearly erroneous and find that an extended opinion would have no precedential value. We, therefore, affirm the court's dismissal pursuant to Rule 84.16(b). The parties have been provided with a memorandum, for their information only, which sets forth the basis of the court's decision.

Kenneth CHARRON, Appellant,

v.

STATE of Missouri, Respondent.

No. 56149.

Missouri Court of Appeals,
Eastern District,
Division One.

June 26, 1990.

Mary Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Kenneth Charron, appeals the denial of his Rule 27.26 motion after an evidentiary hearing. We affirm. The findings of fact and conclusions of law of the motion court are not clearly erroneous and an extended opinion would have no precedential value. A memorandum, solely for the information of the parties here involved, has been supplied explaining the reasons for our holding. Rule 84.16(b).